STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant HIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-706 JSC |
| Plaintiff, | **[PROPOSED]** ORDER RELEASING PASSPORT |
| v. | |
| HENRY HIM, | Court: The Honorable Jacqueline S. Corley |
| Defendant. | |

The court sentenced Mr. Him on May 5, 2014, and his case has now concluded. Mr. Him therefore requests that his passport be released by Pretrial Services and returned to him.

**IT IS SO ORDERED**.

DATED: July 28, 2014

_____
THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE